In the Matter of the Application of Thomas W. Osborne, Respondent, for a Writ of Mandamus against William A. Prendergast, as Comptroller of the City of New York, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George J. Kraus and Others, Respondents, v. William Fox, Appellant. (Actions Nos. 2, 3 and 4.)— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William A. L'Hommedieu and Louis Greenberg, Copartners, etc., Respondents, v. Cesare Campanini, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George Herbert Smith, Appellant, v. Sun Printing and Publishing Association, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Jacob Pine, Appellant, v. James M. Morrow and Others, Constituting the Examining Board of Plumbers of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George Herbert Smith, Appellant, v. New York Evening Journal Publishing Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin. Laughlin, Clarke and Scott, JJ.

Paul G. Tismer, Respondent, v. The New York Edison Company, Appellant.— Order modified by striking out items Nos. 1 and 2 of the particulars required to be furnished, and as modified affirmed, without costs to either party. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles H. Freeman, Respondent, v. Abraham Dorb, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

V. J. Hedden & Sons Company, Respondent, v. Harris Wolff, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Cornelius Uniack, Appellant, v. Merchants Union Ice Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Sadie Levien, Respondent, v. Maurice Levien, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.